*H. White* and *Roscoe H. Hupper* for petitioners. *Mr. Joseph K. Inness* for respondent.

No. 979. BOWEN *v.* NEW YORK LIFE INSURANCE CO. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. L. London* for petitioner.

No. 982. COHAN *v.* ELDER ET UX. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Burnett Wolfson* for petitioner. *Mr. Allan J. Carter* for respondents.

No. 984. SANITARY DISTRICT OF CHICAGO *v.* GUTHARD ET AL. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Ernst Buehler, Edmund D. Adcock, Ralph M. Snyder, Arthur C. Denison,* and *Wallace R. Lane* for petitioner. *Messrs. Lynn A. Williams* and *Warren C. Horton* for respondents.

No. 985. PHILLIPS, TRUSTEE, *v.* ARNOLD. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Gaius G. Gannon* for petitioner. *Mr. John H. Crooker* for respondent.

No. 986. SOMA PETO *v.* HOWELL. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. Robert Cohler* for